IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>US FED GROUP, LLC, also known as "United States Fed Group, LLC Treasury Department," also known as "US FED Treasury Department," also known as "United States FED Group," also known as "US Fed Group," also known as "United States FED Group," also known as "United States FED Group Consortium Syndicate," also known as "US FED Group Business Solutions," TRADE-BACKED EQUITY LLC, and ALEX ST. JAMES RAILEY CISCO, also known as "Alex St. James," also known as "William Sir Knight Alex-St. James,"<br><br>    Defendants. | No. 21-CV-00008<br><br>**[Filed Under Seal]** |

## DECLARATION OF KENT G. MOORE

I, Kent G. Moore, do hereby declare the following pursuant to Title 28 U.S.C. § 1746:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation and have been since 2019. I attended New Agent Training at the FBI Academy in Quantico, Virginia, and I have worked in FBI Resident Agency in Cedar Rapids,

Iowa since completing the academy. This academy includes training in criminal law, constitutional law, search and seizure, and courtroom procedure. As part of my duties as a Special Agent, I primarily investigate federal criminal violations involving wire and mail fraud, bank fraud, child pornography, and bank robbery. The information set forth in this affidavit is based on my investigation of this matter, my knowledge, training, and experience, my own observations, information received from other law enforcement officers and/or witnesses, review of relevant documents and/or Internet websites, and/or interviews with persons named in this affidavit.

2. Without an Order from this Court restraining defendants and their agents from transferring and further dissipating what remains of the approximately $2.4 million obtained from Think Safe, Inc. as a result of the fraudulent conduct described below and in the Complaint, I believe that defendants will withdraw and dispose of the remainder of these funds currently located in an account at Citibank with intent to dissipate the funds and make them unavailable and constitute a continuing and substantial injury to Think-Safe, Inc., the victim of wire fraud in violation of 18 U.S.C. § 1343.

**BACKGROUND ON THE ONGOING PANDEMIC AND PPE**

3. In December 2019, a novel coronavirus, SARS-CoV-2 (the "coronavirus"), was first detected in Wuhan, Hubei Province of the People's Republic of China ("PRC"), causing outbreaks of the coronavirus disease COVID-19 that has since spread globally. On January 31, 2020, the Secretary of Health and Human

Services ("HHS") declared a national public health emergency under 42 U.S.C. §247d as a result of the spread of COVID-19 to and within the United States. On March 11, 2020, the Director-General of the World Health Organization ("WHO") characterized COVID-19 as a pandemic. On March 13, 2020, the President of the United States issued Proclamation 9994 declaring a national emergency beginning on March 1, 2020, as a result of the rapid spread of COVID-19 within the United States.

4. According to the Centers for Disease Control and Prevention ("CDC"), current data suggest person-to-person transmission most commonly happens during close exposure to a person infected with the virus that causes COVID-19, primarily via respiratory droplets produced when the infected person speaks, coughs, or sneezes. Droplets can land in the mouths, noses, or eyes of people who are nearby or possibly be inhaled into the lungs of those within close proximity.

5. Accordingly, CDC has issued guidance to health care providers recommending that they wear personal protective equipment ("PPE") to prevent the coronavirus from being transmitted by infected patients to healthcare providers. This PPE includes N95 filtering facepiece respirators or masks.

6. As COVID-19 spread across the United States, it threatened to overwhelm hospitals and healthcare providers who are required to care for rapidly increasing numbers of seriously ill patients with a rapidly dwindling stock of PPE and other necessary health and medical resources. Accordingly, on March 18, 2020, the President of the United States issued Executive Order 13909, *see* 85 Fed.

Reg. 16, 227, invoking the powers vested in the President by Defense Production Act of 1950, 50 U.S.C. §4501 *et seq.* (the "Act"). The Act authorizes the President to, among other things, "allocate materials, services, and facilities in such manner, upon such conditions, and to such extent as he shall deem necessary or appropriate to promote the national defense." 50 U.S.C. § 4511(a)(2).

7. On March 25, 2020, the Secretary of HHS exercised the authority delegated to the Secretary of HHS by the President to prevent the hoarding of health and medical resources to respond to the spread of COVID-19 within the United States. On March 30, 2020, the Secretary of HHS published a notice, 85 Fed. Reg. 17592, effective March 25, 2020, designating "N-95 Filtering Facepiece Respirators" under the Act as scarce materials or materials the supply of which would be threatened by accumulation in excess of reasonable demands of business, personal, or home consumption, or for the purpose of resale at prices in excess of prevailing market prices.

8. Despite these efforts, the news media has regularly reported on the widespread shortages of PPE and other healthcare and medical supplies needed to respond to the spread of COVID-19. In addition, the news media has reported that the serious shortage of N95 masks has prompted brokers to approach hospitals, medical supply companies, and healthcare providers claiming to be able to obtain supplies of N95 masks far in excess of the prices that prevailed in the market before COVID-19 began to spread widely in the United States.

## THE FRAUDUENT SCHEME

9. Retrac, Inc. d/b/a Think Safe a/k/a Think Safe, Inc. (Think Safe) manufactures and develops first-aid products, software, and training. Think Safe is headquartered in Cedar Rapids, Linn County, Iowa, within the Northern District of Iowa.

10. On or about October 16, 2020, Think Safe contracted with Datta Holdings, LLC a/k/a Datta Holdings, Inc. (Datta Holdings) for the purchase and delivery of one million 3M N95 1860 Particulate Respirator Masks (3M N95 masks). Various intermediaries and agents in Canada and Florida purported to introduce Think Safe and Datta Holdings to contract and facilitate the purchase and delivery of one million 3M N95 masks.

11. Datta Holdings represented to Think Safe in the contract that the 3M N95 masks were "3M original equipment manufacture (OEM), via a Production Agreement between [Datta Holdings] and 3M supplied by a United States of America government trade association." The contract followed an "Irrevocable Corporate Purchase Order," dated October 9, 2020, by Think Safe to Datta Holdings, which was *"contingent upon source / private seller being an official 3M master dealer."* (Emphasis in original.)

12. Datta Holdings by its agents represented to Think Safe that its supplier of the 3M N95 masks was US Fed Group, LLC a/k/a US FED Treasury Department a/k/a United States FED Group a/k/a US Fed Group ak/a/ United States FED Group a/k/a United States FED Group Consortium Syndicate a/k/a US

FED Group Business Solutions (USFG). Datta Holdings purported to have had entered into an "Irrevocable Corporate Purchase Order" with USFG in August 2020, pursuant to which USFG had agreed to supply up to 500 million 3M N95 masks upon receipt of funding for the 3M N95 masks' production.

13. For example, by purported letter dated August 5, 2020, USFG's General Partner, David Huang, represented to Datta Holdings in a "letter of attestation" that USFG had "secured a production allocation with 3M of up to 500 million units of OEM respirators, valid until 2021," but "[p]roduction is based on a prefunded draw-down account, meaning the allocution is only manufactured upon payment to 3M by [USFG]." Huang concluded in the letter of attestation, "we welcome any demand side partners with the ability to fund production and contribute to helping the supply chain during this national crisis."

14. On or about October 19, 2020, in anticipation of receiving the one million 3M N95 masks within 72 to 96 hours from USFG, and at the direction of Datta Holdings, Think Safe caused its financial institution to wire $3,025,000 from its bank account at Manchester, Delaware County, Iowa, within the Northern District of Iowa, to a bank account in Clearwater, Florida. A Florida lawyer ("the Florida Lawyer") controlled the Florida bank account and purported to both represent Datta Holdings in the transaction and also act as an "escrow agent" or "paymaster" for the transaction between Think Safe and Datta Holdings under an escrow agreement.

15. On or about October 23, 2020, the Florida Lawyer wired $2,432,250 of the $3,025,000 to an account ending in 6727 that USFG holds at Citibank in Washington, District of Columbia. Think Safe, Datta Holdings, and the Florida Lawyer signed an amendment to the escrow agreement that authorized the Florida Lawyer to wire $2,432,250 to USFG upon the representation that the wire transfer "allows for sourcing" the one million 3M N95 masks in Think Safe's contract with Datta Holdings. Attached to the amendment was a purported letter of attestation from Individual-1, "Legal Trade Counsel for the United States FED Group," which promised that "all funds transferred to the US FED Treasury Account from [the escrow account] will remain the funds of [Datta Holdings], until drawdown is completed upon receipt of satisfactory and verified shipping and delivery information in relation to 3M 1860 respirators." After wiring $2,432,250 to USFG, the Florida Lawyer held the remaining $592,750 in escrow for a time.

16. Think Safe and Datta Holdings did not receive any 3M N95 masks. USFG did not provide any masks to Think Safe or Datta Holdings pursuant to the corporate purchase order, and USFG did not return any of the $2,432,250 to the Florida Lawyer, despite demands to do so.

17. On or about November 16, 2020, the Florida Lawyer wrote Think Safe an email that stated in part:

> Currently, I am holding $592,750 in my trust account, as a result of the amendment dated October 23, 2020 that transferred $2,432,250 of the Escrowed Funds to U.S. Fed Group. I understand there may be a dispute between the parties regarding whether there has been validation of the product. When there are disputes like this, it is in the best interest of both parties to agree on a resolution. . . . Should the

solution be to wire back the Escrowed Funds that I am now holding on behalf of Think Safe, I will first send you a hold harmless agreement.

18. On or about November 27, 2020, the Florida Lawyer wired $592,750 to Think Safe.

## THE CITIBANK ACCOUNTS

19. In January 2021, I interviewed a member of Security and Investigative Services at Citibank. I also reviewed financial accounts that USFG and Trade Backed Equity, LLC (TBE) hold at Citibank. To date, my investigation has revealed the following about the present whereabouts of the approximately $2.4 million that Think Safe wired to the Florida Lawyer:

20. On October 23, 2020, an account ending in 6727 at Citibank in Washington, DC, entitled "United States Fed Group, LLC Treasury Department," received a wire from the Florida Lawyer in the amount of $2,432,250. Approximately 17 days later, on November 10, 2020, $2,000,000 was transferred from USFG's account ending in 6727 to an account ending in 5183 in the name, "Trade-Backed Equity LLC" (TBE). On December 21, 2020, an additional $395,000 was transferred from USFG's 6727 account to TBE's 5183 account. From your Affiant's review of the bank accounts of USFG and TBE, the money presently in TBE's account appears to be Think Safe's money.

21. As of January 11, 2021, the balance of TBE's 5183 account is $2,398,045.43. USFG's account ending in 6727 has a negative balance of $132,001.18, but a linked money market account has a positive balance of $201,016.51.

22. Alex St. James Railey Cisco (also known in this investigation as Alex St. James a/k/a William Sir Knight Alex-St. James) (St. James) is the listed sole owner of TBE's 5183 account and USFG's 6727 account, as well as other accounts at Citibank. The Bank has placed a temporary hold on St. James's accounts due to concerns that the account holder has engaged in fraudulent activity. Citibank is in the process of closing the accounts.

23. To date, Think Safe has not received any 3M N95 masks and has not received the return of the $2,432,250 that the Florida Lawyer wired to USFG. Further, the $2,432,250 was to sent on for the production of 1 million 3M N95 masks and not to be deposited into an account of St. James. Datta Holdings has provided Think Safe with email correspondence with 3M, dated December 2, 2020, in which a 3M representative purportedly states that "US FED Group LLC is not a 3M authorized distributor of 3M respirators." Datta Holdings has also encouraged Think Safe to pursue civil and criminal action against USFG, predicting that St. James "will end up serving prison time" because, "[f]or a first time offender, and with this dollar amount, he will end up serving somewhere between 33 and 41 months as per the federal sentencing guidelines."

24. On January 19, 2021, I spoke with a 3M representative. The 3M representative confirmed that USFG is not an authorized 3M distributor.

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Executed this date of __January 21__, 2021.

*[signature]*

Kent G. Moore
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to by Kent G. Moore on this 21st day of January, 2021.

*Linda S. Mersch*
Notary Public – State of Iowa

LINDA S MERSCH
COMMISSION NUMBER 113200
MY COMMISSION EXPIRES
3-5-21