IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-CV-00008 |
| | ) | |
| vs. | ) | |
| | ) | **FILED UNDER SEAL** |
| US FED GROUP, LLC, also known as "United States Fed Group, LLC Treasury Department," also known as "US FED Treasury Department," also known as "United States FED Group," also known as "US Fed Group," also known as "United States FED Group," also known as "United States FED Group Consortium Syndicate," also known as "US FED Group Business Solutions," TRADE-BACKED EQUITY LLC, and ALEX ST. JAMES RAILEY CISCO, also known as "Alex St. James," also known as "William Sir Knight Alex-St. James," | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

This matter is before the Court on plaintiff's *ex parte* motion for a temporary restraining order restraining defendants or any person or entities acting on their behalf from further violating Title 18, United States Code, Section 1343 and enjoining defendants from alienating and disposing of property obtained as a result of said violations, pending the hearing on plaintiff's motion for a preliminary injunction on

1

plaintiff's complaint for violation of Title 18, United States Code, Section 1343, under Title 18, United States Code, Section 1345 and Federal Rule of Civil Procedure 65.

Based on the civil complaint filed in this matter and the agent's declaration, the Court finds plaintiff has established both by probable cause and a preponderance of the evidence grounds to believe that defendants have participated in a scheme to defraud others and that proceeds from the fraudulent scheme are presently in defendant Trade-Backed Equity LLC's 5183 account at Citibank. Plaintiff is entitled to this temporary restraining order to freeze those funds as plaintiff has established by both probable cause and a preponderance of the evidence that those funds are the proceeds of specified unlawful activity, specifically wire fraud. Without this Temporary Restraining Order, one or more defendants may transfer those funds and they may forever be unavailable for restitution. Therefore, a Temporary Restraining Order is warranted to prevent a continuing and substantial injury to the person or class of persons for whose protection this action is brought, namely, Think Safe, Inc.

Plaintiff having presented evidence in support of the Temporary Restraining Order and good cause for its issuance having been shown as stated above, the Court **grants** the motion for a Temporary Restraining Order and sets a hearing on the motion for preliminary injunction as follows:

## *ORDER TO SHOW CAUSE*

TO DEFENDANTS US FED GROUP, LLC, TRADE-BACKED EQUITY LLC, and ALEX ST. JAMES RAILEY CISCO, YOU ARE HEREBY ORDERED TO SHOW CAUSE on **Tuesday, February 9, 2021, at 2:00 p.m.;** United States Courthouse, Courtroom 3, 111 Seventh Avenue SE, Cedar Rapids, IA 52401, why you, your officers, agents (including family members, financial institutions, and other entities having possession or control of defendants' assets), brokers, attorneys, employees, and entities owned or controlled by defendants, and all those in active concert or participation with you should not be RESTRAINED AND ENJOINED from the following:

> Withdrawing, transferring, removing, dissipating, and disposing of funds in the Citibank account ending in 5183.

**IT IS FURTHER ORDERED** the parties are instructed to consult with each other and by **February 1, 2021**, propose to the Court a date for a hearing on the motion for preliminary injunction. The parties are also to provide the Court with an estimate of the length of time necessary for the hearing.

## *TEMPORARY RESTRAINING ORDER*

PENDING THE HEARING on plaintiff's preliminary injunction, defendants, any officers, agents (including family members, financial institutions, and other entities having possession or control of defendants' assets) brokers, attorneys, employees, and entities owned or controlled by defendants, and all those in active concert or participation with defendants are HEREBY RESTRAINED AND ENJOINED from the following:

Withdrawing, transferring, removing, dissipating, and disposing of funds in the Citibank account ending in 5183.

**IT IS FURTHER ORDERED** that plaintiff or its designee must serve a copy of this restraining order upon defendants and Citibank and make a return thereon reflecting the date and time of service.

**IT IS FURTHER ORDERED** that Citibank, upon receiving notice of this Order inform plaintiff as to the account balance at the time of notice, and thereafter supplement such information by reporting to plaintiff any changes to the account, and by responding to requests by plaintiff for information on the account's current status.

This case will remain sealed until service of notice upon Citibank and the defendants, at which time it may be unsealed.

**IT IS SO ORDERED** this 22nd day of January, 2021.

_____
C.J. Williams
United States District Judge
Northern District of Iowa