# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>US FED GROUP, LLC, also known as "United States Fed Group, LLC Treasury Department," also known as "US FED Treasury Department," also known as "United States FED Group," also known as "US Fed Group," also known as "United States FED Group," also known as "United States FED Group Consortium Syndicate," also known as "US FED Group Business Solutions," TRADEBACKED EQUITY LLC, and ALEX ST. JAMES RAILEY CISCO, also known as "Alex St. James," also known as "William Sir Knight Alex-St. James,"<br><br>    Defendants. | No. 21-CV-8 CJW-KEM<br><br>**ORDER** |

_____

This matter is before the Court on a hearing to show cause (Doc. 3), and a Motion to Intervene (Doc. 14). On January 22, 2021, the Court entered an order granting plaintiff's *ex parte* motion for a temporary restraining order. (Doc. 3). In the January 22, 2021 order, the Court scheduled a hearing for today, February 9, 2021, for defendants to show cause for why the restraining order should not remain in place pending a hearing on plaintiff's motion for a preliminary injunction or a trial on the merits. (*Id.*, at 3). All defendants have been served, but no defendant or attorney for a defendant has entered an appearance in this case, appeared at the hearing, or filed any pleading.

Thus, under Federal Rule of Civil Procedure 65(b), the Temporary Restraining Order **will remain in effect** until such time that the Court can have a hearing on a preliminary injunction or trial on the merits. The Court will issue a memorandum at a later date stating the grounds for its finding here, in compliance with Rule 65(d).

The Court will hold a two-day evidentiary hearing under Rule 65(a) on plaintiff's motion for a preliminary injunction on **March 2nd and March 3rd, 2021, each day beginning at 9:00 a.m.;** United States Courthouse, Courtroom 3, Cedar Rapids, Iowa. Upon motion of the parties, the Court may consolidate that hearing with a trial on the merits. *See* FED. R. CIV. P. 65(a)(2).

At today's hearing, plaintiff stated that it did not resist the motion to intervene by Think Safe, Inc. (Doc. 14). For the reasons stated in that motion, the Court **grants** Think Safe, Inc.'s motion to intervene.

Plaintiff is **directed** to serve a copy of this order on all defendants and on Citibank and make a return thereon reflecting the date and time of service.

**IT IS SO ORDERED** this 9th day of February, 2021.

_____
C.J. Williams
United States District Judge
Northern District of Iowa