# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America <br> *Plaintiff* <br> v. <br> Cisco et al. <br> *Defendant* | Civil Action No. 1:21-cv-00008-CJW-KEM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of plaintiff and against all defendants in accordance with Orders at [152] [144] and [88].

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge C.J. Williams on a motion for Summary Judgment.

Date: 5/12/2022

CLERK OF COURT

*KM Sanchez*
Signature of Clerk or Deputy Clerk

Case 1:21-cv-00008-CJW-KEM   Document 153   Filed 05/12/22   Page 1 of 1